NO. 07-12-00397-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
SEPTEMBER 25, 2012
--------------------------------------------------------------------------------

 
SELECT MEDICAL CORPORATION AND SELECT PHYSICAL THERAPY HOLDINGS, INC., GENERAL PARTNER, AND SELECT PHYSICAL THERAPY NETWORK SERVICES, INC., LIMITED PARTNER, D/B/A SELECT PHYSICAL THERAPY TEXAS LIMITED PARTNERSHIP, APPELLANTS
 
 v.
 
ARMSTRONG MOVING & STORAGE INC.; JOSEPH J. DUX, INDIVIDUALLY AND D/B/A FACILICARE MANAGEMENT SERVICES AND D/B/A CENTRAL FACILITY SERVICES; DAVID J. MARTIN AND MARTIN ENTERPRISES, LLC, APPELLEES
--------------------------------------------------------------------------------

 
 FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2009-549,544; HONORABLE WILLIAM C. SOWDER, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
On September 18, 2012, appellants, Select Medical Corporation and Select Physical Therapy Holdings, Inc., General Partner, and Select Physical Therapy Network Services, Inc., Limited Partner, d/b/a Select Physical Therapy Texas Limited Partnership, filed a motion to dismiss its appeal of the trial court's August 18, 2012 Special Appearance Order and August 31, 2012 Dismissal for Lack of Personal Jurisdiction. No decision of this Court having been delivered to date, we grant the motion. Accordingly, appellants' appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). As there was no contrary agreement of the parties included in appellants' motion, all costs related to this appeal are assessed against appellants. See Tex. R. App. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would otherwise be entitled, the Court directs any affected appellee to file a timely motion for rehearing. No motion for rehearing from appellants will be entertained.

 
 Mackey K. Hancock
 Justice